UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SOLOMON GRAHAM and TIAVERY BROWN,<br><br>Defendants. | 16 Cr. 426 (AJN)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters her appearance as attorney of record for Defendant Tiavery Brown in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below.

New York, New York
September 21, 2016

                                           Respectfully submitted,

                                           SEWARD & KISSEL LLP

                                         By:   s/ Rita M. Glavin
                                                   Rita M. Glavin

                                         One Battery Park Plaza
                                         New York, New York 10004
                                         Tel:  (212) 574-1309
                                         Fax: (212) 480-8421
                                         glavin@sewkis.com

                                         *Attorney for Defendant Tiavery*
                                         *Brown*