UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SOLOMON GRAHAM and TIAVERY BROWN,<br><br>                              Defendants. | 16 Cr. 426 (AJN)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendant Tiavery Brown in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

New York, New York
September 21, 2016

                                                                    Respectfully submitted,

                                                                    SEWARD & KISSEL LLP

                                                                    By:   __s/ Andrew S. Jacobson_____
                                                                            Andrew S. Jacobson

                                                                    One Battery Park Plaza
                                                                    New York, New York 10004
                                                                    Tel:  (212) 574-1477
                                                                    Fax: (212) 480-8421
                                                                    jacobsona@sewkis.com

                                                                    *Attorney for Defendant Tiavery Brown*